UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff/Respondent, | Case No. 14-20449 |
| v. | Honorable Laurie J. Michelson |
| JETHRO RENE POWERS, | Magistrate Judge R. Steven Whalen |
| Defendant/Petitioner. | |

## ORDER DENYING CERTIFICATE OF APPEALABILITY

On October 29, 2018, the Court denied Jethro Powers' motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. (ECF No. 145.)

For the reasons set forth in the Opinion and Order, the Court finds that reasonable jurists could not debate whether "the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Miller—El v. Cockrell*, 537 U.S. 322, 336 (2003). Jackson has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Thus, a certificate of appealability is DENIED.

IT IS SO ORDERED.

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Date: March 8, 2019

CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing document was served upon counsel of record and/or pro se parties on this date, March 8, 2019, using the Electronic Court Filing system and/or first-class U.S. mail.

                                                        s/William Barkholz
                                                        Case Manager